NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT


NEAPOLITAN ENTERPRISES, LLC, )
          )
   Appellant,   )
          )
v.         )   Case No. 2D18-3001
          )
THE CITY OF NAPLES, OLDE NAPLES )
BUILDING LLC, and BROAD AVENUE )
LLC,        )
          )
   Appellees.   )
_____)

Opinion filed November 20, 2019.

Appeal from the Circuit Court for Collier
County; Lauren L. Brodie, Judge.

Hala Sandridge of Buchanan, Ingersoll &
Rooney, PC, Tampa; and Casey K.
Weidenmiller and Rachel A. Kerlek of
Woods, Weidenmiller, Michetti & Rudnick,
LLP, Naples; and Michael D. Moore of the
Law Office of Michael D. Moore, P.A.,
Naples for Appellant.

P. Brandon Perkins of Campbell, Conroy &
O'Neil, Plantation; and Kevin J. Jursinski
and Kara J. Murphy of the Law Office of
Kevin J. Jursinski, Fort Myers, for Appellee
The City of Naples.

John K. Shubin, Jeffrey S. Bass, Deana D.
Falce, Mark E. Grafton and Katherine R.
Maxwell of Shubin & Bass, P.A., Miami, for

Appellees Olde Naples Building LLC and
Broad Avenue LLC.


PER CURIAM.

      Affirmed.




SILBERMAN, ROTHSTEIN-YOUAKIM, and SMITH, JJ., Concur.